IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CLAYTON M. JACKSON,                                                                        PLAINTIFF
REG. #02682-509

v.                                              3:21CV00041-DPM-JTK

DANE BARNUM, et al.                                                                     DEFENDANTS

**ORDER**

On March 25, 2021, and March 30, 2021, mail sent from the Court to Plaintiff at his last-known address was returned to the Court as undeliverable (Doc. Nos. 14, 16).

Pursuant to Local Rule 5.5(c)(2), a pro se plaintiff must promptly notify the Clerk of the Court and other parties of any change in his address and must monitor the progress of the case and prosecute it diligently. Furthermore, the Local Rule provides for the dismissal without prejudice of any action when a pro se plaintiff does not respond to communication from the Court within thirty days. Although Plaintiff has apparently changed his address, this Order will be sent to his last-known address. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall notify this Court of his current address and his intent to continue prosecution with this action, pro se, within thirty days of the date of this Order. Failure to comply with this Order shall result in the dismissal without prejudice of Plaintiff's Complaint for failure to prosecute.

IT IS SO ORDERED this 30th day of March, 2021.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1