IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CLAYTON M. JACKSON,                                         PLAINTIFF
REG. #02682-509

v.                      No. 3:21-cv-41-DPM-JTK

DANE BARNUM, Sgt., Greene County
Detention Center;   FELICA ROLAND,
Cpl/Transport Officer, Greene County
Detention Center;   and WESLEY
MASSING, Detention Officer,
Greene County Detention Center              DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Jackson hasn't responded to the Court's 30 March 2021 Order; instead, his mail is still being returned undelivered. Doc. 17–19 & 23. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 May 2021