# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

CLAYTON M. JACKSON,                                        PLAINTIFF
REG. #02682-509

v.                              No. 3:21-cv-41-DPM

DANE BARNUM, Sgt., Greene County
Detention Center;   FELICA ROLAND,
Cpl/Transport Officer, Greene County
Detention Center;   and WESLEY
MASSING, Detention Officer,
Greene County Detention Center          DEFENDANTS

## JUDGMENT

Jackson's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

4 May 2021